**Order filed, December 27, 2018.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-18-01053-CV

———————

**DIOGU LAW FIRM PLLC; DIOGU KALU DIOGU II, Appellant**

**V.**

**DAVID MELANSON; DENISE ROBBINS; EDDIE M. KRENEK; TRICIA KRENEK, Appellee**

On Appeal from the 434th Judicial District Court
Fort Bend County, Texas
Trial Court Cause No. 18-DCV-251076

## ORDER

The reporter's record in this case was due **December 17, 2018**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Wendy Wilkerson**, the substitute court reporter, to file the record in this appeal **within 10 days** of the date of this order.

PER CURIAM